# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC JAVON KENNER | CIVIL ACTION |
| VERSUS | NUMBER: 19-11669 |
| JAMES B. NUTTER & COMPANY | SECTION: S (1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the lawsuit is DISMISSED without prejudice.

New Orleans, Louisiana, this 3rd day of October, 2019.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE